

# NUMBER 13-23-00076-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANNIE MARIE BRATCHER,**                                              **Appellant,**

**v.**

**LASHONDA WHITE, DEPENDENT
ADMINISTRATRIX OF THE ESTATE OF
DONALD WAYNE BRATCHER,**                                              **Appellee.**

---

### On appeal from the County Court
### of Matagorda County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Justice Peña**

This matter is before the Court on appellant's motion "to nonsuit notice of appeal" which is construed as a motion to dismiss the appeal. Appellant no longer desires to prosecute her claim against appellee.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR
Justice

Delivered and filed on the
18th day of May, 2023.